UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR:___Jesus Vazquez Perez___ JOINT DEBTOR:_____ CASE NO.:16-24413/AJC
Last Four Digits of SS# ___3929___ Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $__200.02__ for months __1__ to __36__ ;
B.   $_____ for months _____ to _____ ;
C.   $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:   Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00  TOTAL PAID $ 1,205.00
Balance Due -  $2,445.00  payable $ 174.65 /month (Months __1__ to __14__ )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1._____   Arrearage on Petition Date   $_____
Address:_____   Arrears Payment   $____/month  (Months ___ to ___)
_____   Regular Payment   $____/month  (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To __36__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:   Pay $ 5.37 month  (Months 1 to 14 ), $ 180.02 month  (Months 15 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Chase Mortgage (Non-Homestead) is being paid outside the Chapter 13 Plan. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date:_____10/29/2016_____

LF-31 (rev. 01/08/10)